1  BORIS FELDMAN, State Bar No. 128838
   DOUGLAS J. CLARK, State Bar No. 171499
2  CHERYL W. FOUNG, State Bar No. 108868
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:  (650) 565-5100

6  Attorneys for Defendants
   PIXAR, STEVEN P. JOBS, EDWIN E.
7  CATMULL and SIMON T. BAX

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 IN RE PIXAR SECURITIES LITIGATION          )   Master File No. C 05 04290 JSW
                                              )
12 _____)
                                              )   [PROPOSED] ORDER GRANTING
13                                            )   ADMINISTRATIVE MOTION
                                              )
14 This Document Relates To:                  )
                                              )
15 _____)
                                              )
16 EDWIN LOWE, On Behalf of Plaintiffs and All)
   Others Similarly Situated,                 )
17                                            )
              Plaintiff,                      )
18                                            )   Civ. No. C 05 5052 PJH
          vs.                                 )
19 PIXAR, STEVEN P. JOBS, EDWIN E.            )
   CATMULL AND SIMON T. BAX,                  )
20                                            )
              Defendants.                     )
21 _____)

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ADMINISTRATIVE                                2786256_1.DOC
MOTION; C 05 04290 JSW; C 05 5052 PJH

1    Pursuant to Local Rule 3-12, the Court hereby grants Defendants Pixar, Steven P. Jobs,

2   Edwin E. Catmull and Simon T. Bax's Motion for Administrative Relief.  The case, *Lowe v.*

3   *Pixar,* Civ. No. C 05 5052 PJH, is related to the following cases, all of which were consolidated

4   pursuant to the December 1, 2005 Stipulation and Order Re Consolidation and Scheduling:

5        *Mataraza v. Pixar, et al.*, Case No. 05 CV 04290 JSW, filed October 21, 2005;

6        *Grabell v. Pixar, et al.*, Case No. C 05 4431 MJJ, filed November 1, 2005;

7        *Hoosac v. Pixar, et al.*, Case C05-4619-MJJ, filed November 10, 2005.

8
IT IS SO ORDERED:
9

10  DATED:_December 22, 2005_       _____

11                                  UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ADMINISTRATIVE        - 1 -                    2786256_1.DOC
MOTION; C 05 04290 JSW; C 05 5052 PJH