```
 1  MILBERG WEISS BERSHAD
      & SCHULMAN LLP
 2  JEFF S. WESTERMAN (SBN 94559)
    jwesterman@milbergweiss.com
 3  KAREN T. ROGERS (SBN 185465)
    krogers@milbergweiss.com
 4  355 S. Grand Avenue, Suite 4170
    Los Angeles, CA 90071
 5  Telephone: (213) 617-1200
    Facsimile:  (213) 617-1975
 6
    MILBERG WEISS BERSHAD
 7    & SCHULMAN LLP
    STEVE G. SCHULMAN
 8  PETER E. SEIDMAN
    SHARON M. LEE
 9  One Pennsylvania Plaza
    New York, NY 10119-0165
10  Telephone: (212) 594-5300
    Facsimile:  (212) 868-1229
11
    Proposed Lead Counsel
12
    [Additional Counsel Appear on Signature Page]
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PIXAR SECURITIES LITIGATION | Case No. 3:05-CV-04290 (JSW) |
| | CLASS ACTION |
| This Document Relates to: | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES |
| ALL ACTIONS | |
| | Current Date: January 27, 2006 |
| | Current Time: 1:30 p.m. |

STIP & [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
AND RELATED DATES - CASE NO. CV-05-4290-JSW
DOCS\333845v1

1     WHEREAS, on October 21, 2005, a complaint alleging violations of the federal securities laws was filed against defendants;

3     WHEREAS, on December 20, 2005, pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4, Donald Hedges Lake, Jr. and Frederick P. Arndt filed a motion for appointment of Lead Plaintiff and Lead Counsel, and the motion is scheduled to be heard on February 10, 2006;

7     WHEREAS, pursuant to the Consolidation and Scheduling Order entered on December 1, 2005, the due date for the consolidated complaint will be determined after the entry of an order appointing Lead Plaintiff and Lead Counsel;

10     WHEREAS, pursuant to the Order Setting Initial Case Management Conference dated October 21, 2005, the parties are required to meet and confer pursuant to Fed. R. Civ. P. 26(f) by January 6, 2006, to file and serve a Case Management Statement by January 20, 2006, and to attend a Case Management Conference on January 27, 2006 at 1:30 p.m.; and

14     WHEREAS, in light of the fact that Lead Plaintiff and Lead Counsel has not yet been appointed, and a consolidated complaint has not yet been filed, and in order to avoid unnecessary burden and expense, the parties wish to continue the Case Management Conference and related dates until after such time as a consolidated complaint has been upheld by the Court;

18     NOW, THEREFORE, the parties stipulate and agree, and the Court hereby orders, as follows:

20     1.     The Case Management Conference currently set for January 27, 2006 at 1:30 p.m., and other related dates referenced in the October 25, 2005 Order Setting Initial Case Management Conference, shall be taken off calendar;

STIP & [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
AND RELATED DATES - CASE NO. CV-05-4290-JSW
DOCS\333845v1

- 1 -

2.  The parties shall submit a stipulation with a proposed date and time for the Case Management Conference and the filing and serving of the Case Management Statement within fourteen (14) days after such time as a consolidated complaint has been upheld by the Court.

DATED: December 29, 2005

MILBERG WEISS BERSHAD
   & SCHULMAN LLP
KAREN T. ROGERS

By: /s/ Karen T. Rogers
      KAREN T. ROGERS

355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Counsel for Donald Hedges Lake, Jr. and Frederick P. Arndt

DATED: December 29, 2005

GREEN WELLING LLP
ROBERT S. GREEN

By: /s/ Robert S. Green by KT Rogers w/ express permission
      ROBERT S. GREEN

595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Counsel for Plaintiffs in *Grabell v. Pixar*

DATED: December ___, 2005

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
DALE MACDIARMID

By: _____
      DALE MACDIARMID

1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Counsel for Plaintiffs in *Hoosac v. Pixar*

| | | |
|---|---|---|
| 1 | 2. | The parties shall submit a stipulation with a proposed date and time for the Case Management Conference and the filing and serving of the Case Management Statement within fourteen (14) days after such time as a consolidated complaint has been upheld by the Court. |

DATED: December ___, 2005

MILBERG WEISS BERSHAD
   & SCHULMAN LLP
KAREN T. ROGERS


By: _____
      KAREN T. ROGERS

355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Counsel for Donald Hedges Lake, Jr. and Frederick P. Arndt

DATED: December ___, 2005

GREEN WELLING LLP
ROBERT S. GREEN


By: _____
      ROBERT S. GREEN

595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Counsel for Plaintiffs in *Grabell v. Pixar*

DATED: December 29, 2005

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
DALE MACDIARMID


By: _____
      DALE MACDIARMID

1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Counsel for Plaintiffs in *Hoosac v. Pixar*

1 | DATED: December 29, 2005     WILSON SONSINI GOODRICH & ROSATI
2 |                                                          BORIS FELDMAN
                                                         CHERYL W. FOUNG

By: _Cheryl W. Foung by_ /s/ Rogen
      CHERYL W. FOUNG
w/ express permission

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Counsel for Defendants

\*   \*   \*

**ORDER**

1. The Case Management Conference currently set for January 27, 2006 at 1:30 p.m., and other related dates referenced in the October 25, 2005 Order Setting Initial Case Management Conference, shall be taken off calendar; and

2. The parties shall submit a stipulation with a proposed date and time for the Case Management Conference and the filing and serving of the Case Management Statement within fourteen (14) days after such time as a consolidated complaint has been upheld by the Court.

**IT IS SO ORDERED.**

DATED: January 3, 2006
~~December ___, 2005~~

/s/ Jeffrey S. White
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

---

STIP & [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
AND RELATED DATES - CASE NO. CV-05-4290-JSW      - 3 -
DOCS\333845v1