MILBERG WEISS BERSHAD
  & SCHULMAN LLP
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milbergweiss.com
KAREN T. ROGERS (SBN 185465)
krogers@milbergweiss.com
355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Lead Plaintiff's Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PIXAR SECURITIES LITIGATION | Case No. CV-05-4290-JSW |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | |
| | STIPULATION AND [PROPOSED] ORDER RE TIME FOR FILING AND RESPONDING TO AMENDED COMPLAINT |
| ALL ACTIONS | |

STIPULATION & [PROP] ORDER RE TIME FOR FILING & RESPONDING TO AMENDED COMPLAINT
CASE NO. C-05-04290 JSW

WHEREAS, on March 22, 2006, the Court issued an Order granting the motion of plaintiffs Donald Hedges Lake, Jr. and Frederick P. Arndt (collectively, the "Lake Group") for Appointment of Lead Plaintiff pursuant to Section 21(D)(a)(3)(B) of the Securities Exchange Act of 1934 and for Approval of the Lake Group's Selection of Counsel;

WHEREAS, the parties have agreed to a schedule with respect to the filing of an amended complaint and Defendants' response thereto;

NOW, THEREFORE, the parties stipulate and agree as follows:

1. Lead Plaintiff shall file and serve an amended complaint no later than sixty (60) days after the entry of this Order; and

2. Defendants shall respond to the amended complaint within thirty (30) days after service thereof. If Defendants serve any motion directed at the amended complaint, Lead Plaintiff's opposition shall be served no later than thirty (30) days thereafter, and Defendants' reply shall be served no later than twenty-one (21) days after service of the opposition.

DATED: March 23, 2006         MILBERG WEISS BERSHAD
                               & SCHULMAN LLP


                              By:  /s/ KAREN T. ROGERS
                                     Karen T. Rogers

                              Lead Plaintiff's Counsel

DATED: March 23, 2006         WILSON SONSINI GOODRICH & ROSATI


                              By:  /s/ BORIS FELDMAN
                                     Boris Feldman

                              Attorneys for Defendants

STIPULATION & [PROP] ORDER RE TIME FOR FILING & RESPONDING TO AMENDED COMPLAINT
CASE NO. C-05-04290 JSW

- 1 -

DOCS\351021v1

## ORDER

1.  Lead Plaintiff shall file and serve an amended complaint no later than sixty (60) days after the entry of this Order; and

2.  Defendants shall respond to the amended complaint within thirty (30) days after service thereof. If Defendants serve any motion directed at the amended complaint, Lead Plaintiff's opposition shall be served no later than thirty (30) days thereafter, and Defendants' reply shall be served no later than twenty-one (21) days after service of the opposition.

IT IS SO ORDERED.

DATED: March 23, 2006

_____
The Honorable Jeffrey S. White
United States District Court Judge

STIPULATION & [PROP] ORDER RE TIME FOR FILING & RESPONDING TO AMENDED COMPLAINT
CASE NO. C-05-04290 JSW

- 2 -

DOCS\351021v1

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 355 South Grand Avenue, Suite 4170, Los Angeles, California 90071.

2. That on March 23, 2006, declarant served the STIPULATION AND [PROPOSED] ORDER RE TIME FOR FILING AND RESPONDING TO AMENDED COMPLAINT by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via email to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of March, 2006, at Los Angeles, California.

                                                */s/ ShaRon Anthony*
                                                SHARON ANTHONY

STIPULATION & [PROP] ORDER RE TIME FOR FILING & RESPONDING TO AMENDED COMPLAINT
CASE NO. C-05-04290 JSW

- 3 -

DOCS\351021v1

# PIXAR
## Service List

| *Counsel for Plaintiffs* | |
|---|---|
| Marc A. Topaz<br>Richard A. Maniskas<br>Tamara Skvirsky<br>**SCHIFFRIN & BARROWAY, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056 | Michael M. Goldberg<br>Lionel Z. Glancy<br>**GLANCY & BINKOW LLP**<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: (310)201-9150<br>Facsimile: (310) 201-9160 |
| Susan G. Kupfer<br>**GLANCY & BINKOW LLP**<br>455 Market Street, Suite 1810<br>San Francisco, CA 94105<br>Telephone: (415) 972-8160<br>Facsimile: (415) 972-8166 | Eric J. Belfi<br>**MURRAY, FRANK & SAILER LLP**<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Telephone: (212) 682-1818<br>Facsimile: (212) 682-1892 |
| Arthur L. Shingler, III<br>**SCOTT + SCOTT, LLC**<br>600 B Street, Suite 1500<br>San Diego, CA 92101<br>Telephone: (619) 233-4565<br>Facsimile: (619) 233-0508 | David R. Scott<br>**SCOTT + SCOTT LLC**<br>108 Norwich Avenue<br>Colchester, CT 06415<br>Telephone: (860) 537-3818<br>Facsimile: (860) 537-4432 |
| Patrice L. Bishop<br>**STULL, STULL & BRODY**<br>10940 Wilshire Boulevard, Ste. 2300<br>Los Angeles, CA 90024<br>Telephone: (310) 209-2468<br>Facsimile: (310) 209-2087 | Jules Brody<br>**STULL, STULL & BRODY**<br>6 East 45th Street<br>New York, NY 10017<br>Telephone: (212) 687-7230<br>Facsimile: (212) 490-2022 |
| **LAW OFFICES OF BRUCE G. MURPHY**<br>Bruce G. Murphy<br>265 Llwyds Lane<br>Vero Beach, FL 32963<br>Telephone: (828) 737-0500 | **LAW OFFICES MICHAEL A. SWICK PLLC**<br>One William Street, suite 1000<br>New York, NY 10004<br>Telephone: (212) 920-4310<br>Facsimile: (212) 585-0799 |

STIPULATION & [PROP] ORDER RE TIME FOR FILING & RESPONDING TO AMENDED COMPLAINT
CASE NO. C-05-04290 JSW

- 4 -

DOCS\351021v1

| | |
|---|---|
| Jeff S. Westerman<br>Karen T. Rogers<br>**MILBERG WEISS BERSHAD**<br>  **& SCHULMAN LLP**<br>355 S. Grand Ave., Suite 4170<br>Los Angeles, CA 90071-3172<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975 | Steven G. Schulman<br>Peter E. Seidman<br>Sharon M. Lee<br>**MILBERG WEISS BERSHAD**<br>  **& SCHULMAN LLP**<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229 |
| *Counsel for Defendants* | |
| Boris Feldman<br>Douglas J. Clark<br>Cheryl W. Foung<br>**WILSON SONSINI GOODRICH & ROSATI**<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 | |

STIPULATION & [PROP] ORDER RE TIME FOR FILING & RESPONDING TO AMENDED COMPLAINT
CASE NO. C-05-04290 JSW

- 5 -

DOCS\351021v1