MILBERG WEISS BERSHAD
  & SCHULMAN LLP
JEFF S. WESTERMAN (SBN94559)
KAREN T. ROGERS (SBN 185465)
355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone:  (213) 617-1200
Facsimile:  (213) 617-1975

MILBERG WEISS BERSHAD
  & SCHULMAN LLP
RICHARD H. WEISS
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone:  (212) 594-5300
Facsimile:   (212) 868-1229

Lead Counsel for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PIXAR SECURITIES LITIGATION | Case No. CV-05-4290-JSW |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| ALL ACTIONS | |

JOINT STIP & [PROP] ORDER RE EXTENSION OF TIME TO FILE AMENDED COMPLAINT
CASE NO. CV-05-4290-JSW

DOCS\361896v1

1  The Court entered a Stipulation and Order on March 23, 2006 granting plaintiffs 60 days to

2  file an amended complaint (or until Monday, May 22, 2006).  Due to illness of the principal attorney

3  responsible for drafting the Amended Complaint, Lead Plaintiff requested, and Defendants agreed to,

4  a short extension of four (4) days for Plaintiffs to file their Amended Complaint.  Defendants and

5  Lead Plaintiff, through their respective counsel of record, subject to the Court's approval, hereby

6  STIPULATE AND AGREE as follows:

7  Plaintiffs shall file their Amended Complaint on or before Friday, May 26, 2006.

8  IT IS SO STIPULATED.

9  DATED:  May 16, 2006                    MILBERG WEISS BERSHAD
                                              & SCHULMAN LLP
10                                          JEFF S. WESTERMAN
                                           KAREN T. ROGERS
11

12

13                                              /s/ Karen T. Rogers
                                              KAREN T. ROGERS
14
                                           355 S. Grand Avenue, Suite 4170
15                                         Los Angeles, CA  90071
                                           Telephone:  (213) 617-1200
16                                         Facsimile:   (213) 617-1975

17                                         Lead Counsel for Plaintiffs

18  DATED:  May 16, 2006                    WILSON SONSINI GOODRICH & ROSATI
                                           BORIS FELDMAN
19                                         DOUGLAS J. CLARK
                                           CHERYL W. FOUNG
20

21

22                                              /s/ Douglas J. Clark
                                              DOUGLAS J. CLARK
23
                                           650 Page Mill Road
24                                         Palo Alto, CA  94304
                                           Telephone:  (650) 493-9300
25                                         Facsimile:   (650) 565-5100

26                                         Counsel for Defendants

27

28

1                                    *        *        *

2                                       **ORDER**

3          HAVING CONSIDERED THE PARTIES' JOINT STIPULATION AND [PROPOSED]

4    ORDER, IT IS HEREBY ORDERED THAT:

5          Plaintiffs shall file their Amended Complaint on or before Friday, May 26, 2006.

6

7    DATED:   May 17 , 2006

8                                                          _____
                                                           THE HONORABLE JEFFREY S. WHITE
9                                                          UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28