BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
DOUGLAS J. CLARK, State Bar No. 171499 (dclark@wsgr.com)
CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
KELLEY E. MOOHR, State Bar No. 216823 (kmoohr@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
PIXAR, STEVEN P. JOBS,
EDWIN E. CATMULL and SIMON T. BAX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PIXAR SECURITIES LITIGATION | Case No. CV-05-4290-JSW |
| | **CLASS ACTION** |
| THIS DOCUMENT RELATES TO: | **STIPULATION AND [**~~PROPOSED~~**] ORDER TO EXTEND PAGE LIMITS RE BRIEFING ON MOTION TO DISMISS** |
| ALL ACTIONS | |

STIPULATION & [~~PROPOSED~~]
ORDER TO EXTEND PAGE LIMITS
Case No. CV-05-4290-JSW

2889507_1.DOC

1  WHEREAS, on May 26, 2006, plaintiff filed an Amended Complaint for Violations of Federal Securities Laws (the "Amended Complaint") in the above-entitled matter;

WHEREAS, pursuant to the Court's March 23, 2006 and May 17, 2006 orders, and Federal Rules of Civil Procedure 5(b)(2)(D) and 6(a) and (e), defendants' Pixar, Steven P. Jobs, Edwin E. Catmull and Simon T. Bax (collectively, "Defendants") motion to dismiss is currently due June 29, 2006, plaintiff's opposition to the motion to dismiss is currently due August 3, 2006, and Defendants' reply in support of Defendants' motion to dismiss is currently due August 28, 2006;

WHEREAS, given the anticipated complex nature of the motion to dismiss the Amended Complaint under the Private Securities Litigation Reform Act, it is appropriate to follow Local Rules 7-2(b), 7-3(a), 7-3(c), and 7-4(b) concerning page limitations, rather than this Court's Standing Order which limits opening, opposition, and reply briefs to 15 pages;

WHEREAS, the parties hereby seek an extension to the page limits applicable under this Court's standing order; and

WHEREAS, pursuant to the Local Rules, Defendants' memorandum in support of their motion to dismiss would not exceed 25 pages, plaintiff's opposition to the motion to dismiss would not exceed 25 pages, and Defendants' reply memorandum would not exceed 15 pages.

THEREFORE, for the reasons described above, Defendants respectfully request that the Court allow the parties the additional pages provided under Local Rules 7-2(b), 7-3(a), 7-3(c), and 7-4(b).

Dated:  June 2, 2006                   WILSON SONSINI GOODRICH & ROSATI, P.C.

By:  /s/ Kelley E. Moohr
        Kelley E. Moohr

Attorneys for Defendants

Dated: June 2, 2006                           MILBERG WEISS BERSHAD & SCHULMAN LLP

By: /s/Karen T. Rogers
Karen T. Rogers

Lead Counsel for Plaintiffs

**[PROPOSED] ORDER**

Defendants' motion to dismiss due June 29, 2006, shall not exceed 25 pages, plaintiff's opposition to the motion to dismiss due August 3, 2006, shall not exceed 25 pages, and Defendants' reply in support of Defendants' motion to dismiss, due August 28, 2006, shall not exceed 15 pages.

Dated: June 2, 2006                           By: /s/ Jeffrey S. White
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE