IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATARAZA,<br><br>        Plaintiff,<br><br>  v.<br><br>PIXAR ET AL,<br><br>        Defendants.<br>_____/ | No. C 05-04290 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

      This matter is set for a hearing on July 28, 2006 on the motion to withdraw as lead plaintiff filed by Donald Hedges Lake, Jr.. The Court HEREBY ORDERS that any opposition to the motion shall be due by June 16, 2006 and the reply brief shall be due by June 23, 2006.

      If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

      **IT IS SO ORDERED.**

Dated: June 2, 2006

                                                        JEFFREY S. WHITE<br>
                                                       UNITED STATES DISTRICT JUDGE