**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re PIXAR SECURITIES LITIGATION

This Document Relates To:

    ALL ACTIONS.

No. C 05-04290 JSW

**ORDER GRANTING MOTION OF DONALD HEDGES LAKE, JR. TO WITHDRAW AS LEAD PLAINTIFF**

On March 22, 2006, this Court granted the motion of plaintiffs Donald Hedges Lake, Jr. ("Lake") and Frederick P. Arndt ("Arndt") (collectively, the "Lake Group") to be appointed Lead Plaintiff pursuant to section 21D(a)(3)(B) of the Securities Exchange Act of 1934. Lake is now moving to withdraw as Lead Plaintiff, which would leave Arndt as the sole remaining Lead Plaintiff. The motion to withdraw is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for July 28, 2006 is VACATED. Having carefully reviewed the Lead Plaintiffs' papers, considered their arguments

///
///
///
///

and the relevant legal authority, and good cause appearing, the Court hereby GRANTS Lake's motion to withdraw.

**IT IS SO ORDERED.**

Dated: July 26, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE