1  MILBERG WEISS BERSHAD
   & SCHULMAN LLP
2  JEFF S. WESTERMAN (SBN94559)
  KAREN T. ROGERS (SBN 185465)
3  One California Plaza
  300 S. Grand Avenue, Suite 3900
4  Los Angeles, CA 90071
  Telephone: (213) 617-1200
5  Facsimile:  (213) 617-1975

6  MILBERG WEISS BERSHAD
   & SCHULMAN LLP
7  RICHARD WEISS
  One Pennsylvania Plaza
8  New York, NY 10119-0165
  Telephone:  212) 594-5300
9  Facsimile:  (212) 868-1229

10  Attorneys for Plaintiff

11  [Additional Counsel Appear on Signature Page]

12

13  UNITED STATES DISTRICT COURT

14  NORTHERN DISTRICT OF CALIFORNIA

15  SAN FRANCISCO DIVISION

16  CAROLYN MATARAZA, Individually and   )    Case No. CV-05-4290-JSW
  On Behalf of Itself and All Others Similarly   )
17  Situated,   )    <u>CLASS ACTION</u>
     )
18             Plaintiff,   )    STIPULATION AND [PROPOSED] ORDER
     )    OF DISMISSAL
19      vs.   )
     )
20  PIXAR, STEVEN P. JOBS, EDWIN E.   )
  CATMULL and SIMON T. BAX,   )
21       )
          Defendants.   )
22  _____)

23

24

25

26

27

28

The parties hereby stipulate as follows:

1.     The parties to this action (the "Action") enter into this stipulation of dismissal pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2.     Plaintiff filed the Action on October 21, 2005.  By Order dated September 12, 2006, the Court granted defendants' motion to dismiss.

3.     Plaintiff hereby dismisses the Action.  The parties agree that there shall be no further proceedings relating to the filing or maintenance of this Action.

4.     The parties agree that each side shall bear its own costs and attorney's fees.

5.     The parties represent that defendants have not made or promised any payment, direct or indirect, to the named plaintiff or his counsel in return for dismissal of the Action.

6.     Neither this stipulation nor the proposed order of dismissal shall constitute or imply any admission or concession by any party regarding any claim raised by the Action.

7.     A class certification motion has not been noticed or heard, and a class has not been certified.

8.     Notice to the class of this pre-certification dismissal is not required, pursuant to the three-part framework of *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401, 1408-11 (9th Cir. 1989).

(a)     Notice is not necessary "as a deterrent to hypothetical abusive plaintiffs." *Id.* at 1409.  Plaintiff and his counsel represent that they did not append class allegations in order to obtain a favorable individual settlement.  On the contrary, the plaintiff has not sought, nor have defendants agreed to, any individual settlement.

(b)     Notice is not necessary to "protect[] the class from objectionable structural relief, trade-offs between compensatory and structural relief, or depletion of limited funds available to pay the class claims." *Id.* (Citation omitted).  No relief is being granted here that could affect the interests of putative class members.

(c)     Notice is not necessary to "protect[] the class from prejudice it would otherwise suffer if class members have refrained from filing suit because of knowledge of the pending class action." *Id.* (Citation omitted).  No class has been certified and accordingly, no class

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL
CASE NO. CV-05-4290-JSW

- 1 -

DOCS\380210v1

1   notice has been given to putative class members. In addition, defendant Pixar will include in

2   Disney's next annual report on Form 10-K or quarterly report on Form 10-Q, whichever is earlier, a

3   statement advising of the dismissal of this Action.

4           9.     For the foregoing reasons, the parties respectfully request that the Court enter the

5   accompanying Order of Dismissal.

6   DATED:  October 16, 2006          MILBERG WEISS BERSHAD
                                     & SCHULMAN LLP

7                                   JEFF S. WESTERMAN
                                KAREN T. ROGERS

8

9

10                                 _____*/s/ Jeff S. Westerman*_____
                                   JEFF S. WESTERMAN

11                                  One California Plaza

12                                  300 S. Grand Avenue, Suite 3900
                                Los Angeles, CA  90071

13                                  Telephone: (213) 617-1200
                                Facsimile:  (213) 617-1975

14                                  MILBERG WEISS BERSHAD
                                     & SCHULMAN LLP

15                                  RICHARD WEISS
                                One Pennsylvania Plaza

16                                  New York, NY  10119-0165
                                Telephone: (212) 594-5300

17                                  Facsimile:  (212) 868-1229

18                                  LAW OFFICES OF BRUCE G. MURPHY
                                Bruce G. Murphy

19                                  265 Llwyds Lane
                                Vero Beach, FL  32963

20                                  Telephone:  (828) 737-0500

21                                  LAW OFFICES OF MICHAEL A. SWICK
                                PLLC

22                                  One William Street, Suite 1000
                                New York, NY  10004

23                                  Telephone: (212) 920-4310
                                Facsimile:  (212) 585-0799

24                                  Attorneys for Plaintiff

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL
CASE NO. CV-05-4290-JSW                                                         - 2 -

DATED: October 16, 2006      WILSON SONSINI GOODRICH & ROSATI
Boris Feldman
Douglas J. Clark
Cheryl W. Foung


_____
             */s/ Boris Feldman*
             BORIS FELDMAN

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants

\*     \*     \*

## ORDER

Pursuant to Fed. R. Civ. P. 23(e) and 41(a)(1)(ii), the Court has reviewed this Stipulation of Dismissal and hereby approves the dismissal of this Action.

All parties shall bear their own costs, expenses, attorney's and other fees in connection with this Action.

DATED: __October 20, 2006_____

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE